UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA BOBE,

                Plaintiff,

        v.

CITY OF NEW YORK *et al.*,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-6-20

19-CV-9806 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      According to the docket, a mediation conference was held on July 24, 2020.  No later than August 13, 2020, the parties shall file a joint letter, updating the Court as to the status of this case, including the status of the mediation proceedings.

SO ORDERED.

Dated:    August 6, 2020
             New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge